```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

UNITED STATES OF AMERICA,

                Petitioner,

vs.                                        Case No. 2:07-cv-807-FtM-99DNF

ROBERT J. HERDOIZA,

                Respondent.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #53), filed August 4, 2008, recommending that the Petition to Enforce Internal Revenue Service Summons (Doc. #1) be granted; that the documents produced under seal be unsealed and a copy be provided to counsel for the United States of America; that respondent Herdoiza be required to appear before a Revenue Officer; and if respondent Herdoiza fails to appear and give testimony or produce documents that he be ordered to appear upon motion before a district judge for a contempt hearing. Respondent filed an Objection to Report and Recommendation (Doc. #56) on August 14, 2008, and the government filed a Response (Doc. #57) on August 20, 2008.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make

a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C).  This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong. § 2 (1976)).  Even in the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the report and recommendation and the objections, the Court accepts the Report and Recommendation of the magistrate judge and overrules the objections.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1.   The Report and Recommendation is hereby **adopted** and incorporated herein.

   2.  The Petition to Enforce Internal Revenue Service Summons (Doc. #1) is **GRANTED** as follows:

   A.  The Clerk shall unseal the documents produced under seal, and provide copies to the government of said documents;

   B.  Respondent Robert J. Herdoiza shall appear before Revenue Officer V. Joseph, a Revenue Officer, or any other designated officer of the Internal Revenue Service **on or before October 3, 2008,** to provide testimony and produce documents in his possession for examination responsive to the Summons (Doc. #1-3) issued on January 3, 2007;

   C.  **On or before November 3, 2008,** the Internal Revenue Service shall file a Notice as to whether the Summons has been or has not been satisfied;

   D.  If Respondent Robert J. Herdoiza fails to appear and give testimony or produce documents responsive to the Summons **on or before November 3, 2008,** upon Motion and Notice of the United States, an Order will be entered requiring Respondent Robert J. Herdoiza to appear before the undersigned to show cause why he should not be held in contempt.

   **DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of September, 2008.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties